IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| INTERSTATE BLOOD BANK, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 2:17-cv-02229-JTF |
| ALLIED WORLD SURPLUS LINES ) | **(JURY DEMANDED)** |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Interstate Blood Bank, Inc. ("IBBI"), by and through undersigned counsel and in accordance with Fed. R. Civ. P. Rule 41(a)(1)(A) files this Notice of Voluntary Dismissal. The parties have resolved their differences and, accordingly, this Dismissal is WITH PREJUDICE, with each party to bear its own costs.

Respectfully submitted,

/S/ Earle J. Schwarz (#07192)
THE OFFICES OF EARLE J. SCHWARZ
2157 Madison Ave. Suite 201
Memphis, TN  38104
eschwarz@earle-schwarz.com

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Voluntary Dismissal has been served on all interested parties via electronic or standard mail delivery on June 29, 2017.

/s/ Earle J. Schwarz