# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

| | |
|---|---|
| **INTERSTATE BLOOD BANK, INC.**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 17-cv-2229-JTF-tmp |
| ) | |
| ) | |
| **ALLIED WORLD SURPLUS LINES** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

___

## ORDER OF DISMISSAL
___

Before the Court is a Notice of Voluntary Dismissal with Prejudice that was filed by the parties on June 29, 2017. (ECF No. 7). Accordingly, this case is ordered dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

**IT IS SO ORDERED** on this the 30th day of June, 2017.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE